No. 10-8455. Andranik M. Karabajakyan and Gary Beltran, Petitioners v. Arnold Schwarzenegger, et al.

562 U.S. 1293, 131 S. Ct. 1690, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2268.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 647.